UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARI OFFICER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 12 C 10195 |
| v. | ) | |
| | ) | Judge George M. Marovich |
| JOHN DURAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court hereby approves and adopts the Report and Recommendation [53] issued by Magistrate Judge Rowland. Accordingly, the following facts are deemed admitted for purposes of this action: (1) none of the Defendants has ever owned shares of Guerilla Union, Inc. stock; and (2) any statements made by Defendants to Plaintiff that Defendants did own such stock were false when made.

**STATEMENT**

Plaintiff Ari Officer ("Officer") sought sanctions after defendants repeatedly failed to respond to discovery requests and failed to comply with five court orders (issued August 28, September 19, October 31, November 26 and December 2, 2013) which ordered defendants to respond to plaintiff's discovery requests. Magistrate Judge Rowland entered a Report and Recommendation in which she recommends sanctioning defendants by deeming certain facts admitted.

The deadline for objecting to Magistrate Judge Rowland's Report and Recommendation was December 26, 2013. (The deadline was originally December 24, 2013, but the Court was closed that day. *See* Fed.R.Civ.P. 6(a)(3)(A).) Plaintiff has not filed any objections. The Court has reviewed the Report and Recommendation, has found no errors and agrees with the Report and Recommendation. Thus, the Court hereby adopts the Report and Recommendation in its entirety.

ENTER:

_George M. Marovich_
George M. Marovich
United States District Judge

DATED: January 2, 2014